UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER S. SHANK (#451620) | CIVIL ACTION |
| VERSUS | |
| JAMES LeBLANC, ET AL. | NO. 12-695-JWD-RLB |

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Supplemental Magistrate Judge's Report dated September 11, 2014, to which an objection was filed:

**IT IS ORDERED** that the Court decline the exercise of supplemental jurisdiction over the plaintiff's state law claims, that the plaintiff's Motion for Summary Judgment (R. Doc. 91) is **DENIED**, and that the defendants' Motion for Summary Judgment (R. Doc. 22) is **GRANTED**, dismissing the plaintiff's claims, with prejudice, and that this action is **DISMISSED**.

Signed in Baton Rouge, Louisiana, on <u>November 10, 2014</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**